1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   GABRIELA BISCHOF
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:    (510) 637-3507
6  Email:         Gabriela_Bischof@fd.org

7

8  Counsel for Defendant Meacham

9

10             IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,           **Case No.:**  25–CR-0022-HSG

15              Plaintiff,              **STIPULATION AND [PROPOSED]**
                                        **ORDER FOR BOND MODIFICATION**
16        v.

17  SERON MEACHAM,

18              Defendant.

19
          On March 18, 2025, Seron Meacham was released on a 25,000 dollar bond, cosigned by his
20
   wife and mother. The conditions of the bond required him to remain on home detention, leaving only
21
   for "court, legal, employment, education, drug testing, mental health counseling, medical purposes,
22
   and to drive his wife and children to work and childcare or pick them up, as approved in advance by
23
   Pretrial Services." Mr. Meacham has been in compliance with the terms of his bond since his release
24
   two months ago. He will have a lighter courseload over the summer due to limited course availability
25
   and would like to seek part time employment. For those reasons, he respectfully requests that the
26
   Court delete the condition requiring home detention and replace it with a curfew, requiring him to be
27
   in his home between the hours of 8 p.m. and 7 a.m.
28
          Pretrial Services and the government have no objection to the requested modification.

1    Accordingly, the parties respectfully request the home detention condition be deleted and

2   replaced with a curfew.

3

4

5

6   Dated:    May 21, 2025                              Respectfully submitted,

7                                                       JODI LINKER
                                                        Federal Public Defender
8                                                       Northern District of California

9                                                                    /S
10                                                      GABRIELA BISCHOF
                                                        Assistant Federal Public Defender
11

12

13   Dated:    May 21, 2025

14                                                      PATRICK D. ROBBINS
                                                        United States Attorney
15                                                      Northern District of California

16                                                                   /S/
17                                                      ZACHARY GLIMCHER
                                                        Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28

1

2

3            IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                     OAKLAND DIVISION

6

7    UNITED STATES OF AMERICA,          **Case No.:**  25–CR-0022- HSG

8              Plaintiff,               **[PROPOSED] ORDER TO MODIFY
                                        RELEASE CONDITIONS**
9         v.

10   SERON MEACHAM,

11            Defendant.

12       Based on the agreement of the parties and the reasons cited in the stipulation above, Mr.

13   Meacham's bond is hereby modified to remove home detention condition and instead require that Mr.

14   Meacham be subject to location monitoring to ensure he is in his home between the hours of 8 p.m.

15   and 7 a.m.

16

17       IT IS SO ORDERED.

18

19
     Dated:  _____                _____
20                                           THE HON. KANDIS A. WESTMORE
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28

STIPULATION TO MODIFY RELEASE CONDITIONS
*MEACHAM*, CR 25–CR-0022- HSG