JODI LINKER
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	Gabriela_Bischof@fd.org

Counsel for Defendant Meacham

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25–CR-0022-HSG |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER FOR BOND MODIFICATION** |
| v. | |
| SERON MEACHAM, | |
| Defendant. | |

     On March 18, 2025, Seron Meacham was released on a 25,000 dollar bond, cosigned by his wife and mother. Mr. Meacham has been in compliance with the terms of his bond since his release. He spends his time attending college, medical appointments, therapy, and acting as a caregiver for his two youngest children, both under 5. The conditions of the bond initially required him to remain on home detention, but in May 2025, the bond conditions were modified to an 8 p.m. to 7 a.m. curfew. Now, after consultation with Mr. Meacham's pretrial services officer, Mr. Meacham respectfully requests that the Court remove the location monitoring condition and delete the corresponding curfew requirement.

     Pretrial Services and the government have no objection to the requested modification.

     Accordingly, the parties respectfully request that the location monitoring condition be deleted.

1  All other conditions of the bond shall remain the same.

Dated:    July 17, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
GABRIELA BISCHOF
Assistant Federal Public Defender

Dated:    July 17, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S/
ZACHARY GLIMCHER
Assistant United States Attorney

STIPULATION TO MODIFY RELEASE CONDITIONS
*MEACHAM*, CR 25–CR-0022- HSG

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERON MEACHAM,<br><br>　　　　Defendant. | Case No.:  25–CR-0022- HSG<br><br>**[PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

    Based on the agreement of the parties and the reasons cited in the stipulation above, Mr. Meacham's bond is hereby modified to remove the location monitoring condition and delete the corresponding curfew condition. All other conditions of the bond shall remain the same.

    IT IS SO ORDERED.

Dated: _____

                                              THE HON. KANDIS A. WESTMORE
                                              United States Magistrate Judge