IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERON MEACHAM,<br><br>Defendant. | Case No.: 4:25-cr-00022-HSG-1 [KAW]<br><br>**ORDER TO MODIFY RELEASE CONDITIONS** |

Based on the agreement of the parties and the reasons cited in the stipulation above, Mr. Meacham's bond is hereby modified to remove the location monitoring condition and delete the corresponding curfew condition. All other conditions of the bond shall remain the same.

IT IS SO ORDERED.

Dated: July 17, 2025

_____
THE HON. KANDIS A. WESTMORE
United States Magistrate Judge

ORDER ON STIPULATION TO MODIFY RELEASE CONDITIONS
*MEACHAM*, CR 25–CR-0022- HSG [KAW]

3