JODI LINKER
Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         Gabriela_Bischof@fd.org

Counsel for Defendant Meacham

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERON MEACHAM,<br><br>Defendant. | Case No.:  25–CR-22 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME** |

   Mr. Meacham is set for a trial setting hearing before this Court on July 30, 2025. Defense counsel has been in active negotiations with the government. The parties are still negotiating a disposition in this case and will need more time to come to an agreed upon resolution. The parties are investigating whether the newly developing Restorative Justice Program is a fit for Mr. Meacham. The Restorative Justice Program is expected to have four stages including an orientation, two back-to-back restorative in-person workshops, and two educational programs, each lasting up to five weeks. Participating defendants will defer their sentencing for approximately six months to complete the program and participate in any additional programing that addresses their needs (including drug

1  and mental-health counseling and treatment), and work with their supervising Pretrial officer on
2  employment, education, housing, financial literacy, and other needs. The next in-person workshop is
3  August 12-13, 2025, and defense counsel is seeking to enroll Mr. Meacham in that workshop.

4  Moreover, since the last appearance, Mr. Meacham was briefly hospitalized for continuing
5  health problems and has been handling his health problems along with attending college, mental
6  health counseling, and caring for his two youngest children. The defense is still investigating the
7  underlying offense and collecting mitigation records including juvenile and health records for Mr.
8  Meacham.

9  For all those reasons, the parties believe they will be better prepared to finalize documentation
10 necessary for a change of plea on August 20, 2025, and request additional time to negotiate and for
11 defense counsel to continue reviewing discovery, investigation, and options for resolution with Mr.
12 Meacham.

13 The parties thus jointly request a continuance until August 20, 2025, and to exclude time under
14 the Speedy Trial Act until August 20, 2025. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15 The parties stipulate and agree that the ends of justice served by this continuance outweigh the
16 best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to
17 grant this continuance would deny Mr. Meacham and counsel for Mr. Meacham the reasonable time
18 necessary for effective preparation of counsel, taking into account the exercise of due diligence.
19 Accordingly, the parties agree that the period of time between July 30, 2025, through August 20,
20 2025, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
21 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the
22 exercise of due diligence.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   July 25, 2025 | Respectfully submitted, |
| 3 | | JODI LINKER |
| 4 | | Federal Public Defender |
| 5 | | Northern District of California |
| 6 | | _____/S_____ |
| | | GABRIELA BISCHOF |
| 7 | | Assistant Federal Public Defender |
| 8 | | |
| 9 | Dated:   July 25, 2025 | |
| 10 | | CRAIG MISSAKIAN |
| 11 | | United States Attorney |
| | | Northern District of California |
| 12 | | |
| 13 | | _____/S/_____ |
| | | ZACHARY GLIMCHER |
| 14 | | Assistant United States Attorney |

STIPULATION TO CONTINUE COP AND EXCLUDE TIME
*MEACHAM*, CR 25–CR-22 HSG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERON MEACHAM,<br><br>Defendant. | Case No.:  25–CR-22 HSG<br><br>**[PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME** |

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the change of plea or trial setting hearing presently set for July 30, 2025, at 2:00 p.m., is vacated. This matter is reset for change of plea on August 20, 2025, at 2:00 p.m.

The Court finds that failing to exclude the time from July 30, 2025, through August 20, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 30, 2025, through August 20, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 30, 2025, through August 20, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: _____

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge