1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ZACHARY M. GLIMCHER (CABN 308053)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Zachary.Glimcher@usdoj.gov
8
9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,              )   NO. 25-CR-00022-HSG
14                                        )
           Plaintiff,                     )   STIPULATION AND TO EXCLUDE TIME FROM
15                                        )   AUGUST 20, 2025, THROUGH OCTOBER 1, 2025
       v.                                 )
16                                        )
   SERON MEACHAM,                         )   Hearing Date: August 20, 2025
17                                        )   Hearing Time: 2:00 pm
           Defendant.                     )   Hon. Haywood S. Gilliam Jr.
18                                        )
                                          )
19                                        )
                                          )
20

21       At the status conference held on August 20, 2025, the parties discussed the fact that the

22 defendant will be one of the first participants in the Restorative Justice program. Given that and defense

23 counsel's need to fully learn about, understand, and then explain the program, its requirements, and the

24 consequences of including participation as part of the plea agreement to her client, the parties stipulated

25 and requested the Court continue the change of plea hearing to October 1, 2025.

26       For effective preparation of counsel, the parties stipulate and agree that the ends of justice served

27 by continuing the hearing and excluding time from August 20, 2025, through October 1, 2025, from

28 computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

STIPULATION TO EXCLUDE TIME
Case No. 25-CR-00022-HSG                                                              v. 7/10/2018

speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

Respectfully,

DATED: 8/22/2025

       /s/
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

DATED: 8/22/2025

       /s/
GABRIELA BISCHOF
Counsel for Defendant SERON MEACHAM

STIPULATION TO EXCLUDE TIME
Case No. 25-CR-00022-HSG

v. 7/10/2018

1 **ORDER**

2   Based upon the facts set forth in the stipulation of the parties for good cause shown, the Court
3 finds that failing to continue the hearing and exclude the time from August 20, 2025, through October 1,
4 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for
5 effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
6 The Court further finds that the ends of justice served by excluding the time from August 20, 2025,
7 through October 1, 2025, from computation under the Speedy Trial Act outweigh the best interests of
8 the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS
9 HEREBY ORDERED that the time from August 20, 2025, through October 1, 2025, shall be excluded
10 from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

11   IT IS SO ORDERED.

13 DATED: 8/26/2025

_____
HAYWOOD S. GILLIAM JR.
United States District Judge